IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL KANTOR, On Behalf of Himself** <br> **and All Others Similarly Situated** | : <br> : <br> : | **CIVIL ACTION** |
| **v.** | : <br> : | |
| **HIKO ENERGY, LLC** | : <br> : | **NO. 14-5585** |

## ORDER

**AND NOW**, this 14th day of April, 2015, upon consideration of Defendant Hiko Energy, LLC's Motion to Dismiss, or in the Alternative, to Strike Class Allegations (Document No. 19), and the plaintiff's response, it is **ORDERED** that the motion is **DENIED**.

      /s/ Timothy J. Savage
      TIMOTHY J. SAVAGE,  J.