# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL KANTOR, On Behalf of Himself and All Others Similarly Situated** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **HIKO ENERGY, LLC** | : | **NO. 14-5585** |

## ORDER

**AND NOW**, this 13th day of August, 2015, upon consideration of the Defendant Hiko Energy, LLC's Motion to Transfer Venue to the Southern District of New York (Document No. 36), the plaintiff's response and the defendant's reply, it is **ORDERED** that the motion is **DENIED**.

　　　　　　　　　　　　　　　　　　　　/s/ Timothy J. Savage
　　　　　　　　　　　　　　　　　　　　TIMOTHY J. SAVAGE,  J.